IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-1967 T
(Judge Marian Blank Horn)

JOSHUA P. LINDSEY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael T. Collins, as attorney of record for the United States. Unless filed electronically, service of all papers by opposing parties should be addressed as follows:

> Michael T. Collins, Esq.
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Post Office Box 26
> Ben Franklin Station
> Washington, D. C. 20044
> *Email: Michael.Collins@usdoj.gov*

                Respectfully submitted,

**Signature on following page**

<u>November 27, 2023</u>
Date

<u>*/s/ Michael T. Collins*</u>
MICHAEL T. COLLINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-353-2452 (v)
202-514-9440 (f)
Michael.Collins@usdoj.gov

DAVID A. HUBBERT
 Deputy Assistant Attorney General
DAVID I. PINCUS
 Chief, Court of Federal Claims Section

CERTIFICATE OF SERVICE

I certify that service of the foregoing document, has this 27th day of November 2023, been made on plaintiff (proceeding pro se) by mailing a copy thereof, in a postage prepaid envelope, to the following address:

>JOSHUA P. LINDSEY
>Id# 112177
>Pendleton Correctional Facility
>4490 W. Reformatory Road
>Pendleton, IN 46064

>/s/ Michael T. Collins
>MICHAEL T. COLLINS
>*U.S. Department of Justice*
>*Tax Division*
>*Court of Federal Claims Section*
>*Post Office Box 26*
>*Washington, D.C. 20044*
>*202-307-6440 (v)*
>*202-514-9440 (f)*
>*CTFEDClaims.Taxcivil@usdoj.gov*